AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00147 |
| John Barry Chisholm | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 4/29/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Barry Chisholm                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Knowingly Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings.

Date:   04/29/2024                                                    *M. Upad.*
                                                                      *Issuing officer's signature*

City and state:   Washington, D.C.                     Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/29/24, and the person was arrested on *(date)* 4/29/24
at *(city and state)* Greenville, SC

Date:   4/29/24                                                    _____
                                                                      *Arresting officer's signature*

                                                                      R. Gebing – TFO
                                                                      *Printed name and title*