### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **JOHN BARRY CHISHOLM, and MICHAEL ANDERSON** | **Case No. 24-mj-147-MAU** |
| **Defendants.** | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The defendant John Barry Chisholm, by and through his attorney, and the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, jointly move this Court to continue the status conference currently scheduled for October 22, 2024, for at least sixty (60) days.

In support of the motion, the government notes that discovery is ongoing and that circumstances requiring additional review of discovery by both parties are present in this case. Both parties are also actively engaging in plea discussions and have an interest in resolving the case in a timely matter through those means if possible.

WHEREFORE, the parties respectfully request that this Court grant this motion for a continuance and exclude time in the interests of justice. Specifically, the United States and counsel for the defendant respectfully request that this Court exclude the time from October 22, 2024, until the next status hearing set by this Court, within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

1

Respectfully submitted,

JOHN BARRY CHISHOLM

By:    <u>*/s/ James W. Hundley*</u>
       JAMES W. HUNDLEY
       BRIGLIA HUNDLEY, P.C.
       1921 GALLOWS ROAD
       SUITE 750
       TYSONS CORNER, VA
       22182 703-883-0204
       FAX: 703-883-0899
       jhundley@brigliahundley.com


       MATTHEW M. GRAVES
       UNITED STATES ATTORNEY

By:    <u>*/s/ Victoria A. Sheets*</u>
       VICTORIA A. SHEETS
       Assistant United States Attorney
       NY Bar No. 5548623
       601 D Street NW
       District of Columbia, DC 20530
       (202) 252-7566
       victoria.sheets@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

On October 16, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*<u>/s/ James W. Hundley</u>*