UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN BARRY CHISHOLM, and<br>MICHAEL ANDERSON<br><br>Defendants. | Case No. 24-mj-147-MAU |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Michael Anderson, by and through his attorney, jointly respectfully move this Court to continue the status conference, which is currently scheduled for December 3, 2024, for at least sixty (60) days.

In support of the motion, the government notes that discovery is ongoing, and that circumstances requiring additional review of discovery by both parties are present in this case. Both parties are also actively engaging in plea discussions, and have an interest in resolving the case in a timely matter through those means if possible.

WHEREFORE, the parties respectfully request that this Court grant the motion for a continuance and exclude time in the interests of justice. Specifically, the United States, along with counsel for the defendant, respectfully requests that this Court exclude the time from December 3, 2024, until the next status hearing set by this Court, within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such

1

a continuance would result in a miscarriage of justice.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          UNITED STATES ATTORNEY

By:   */s/ Victoria A. Sheets*
       VICTORIA A. SHEETS
       Assistant United States Attorney
       NY Bar No. 5548623
       601 D Street NW
       District of Columbia, DC 20530
       (202) 252-7566
       victoria.sheets@usdoj.gov

       */s/ Andrew B. Moorman*

       ANDREW B. MOORMAN, SR.
       MOORMAN LAW FIRM, LLC
       416 EAST NORTH STREET, 2ND FLOOR
       GREENVILLE, SC. 29601
       864-775-5800
       ANDY@ANDYMOORMANLAW.COM

## **CERTIFICATE OF SERVICE**

On November 30, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                          */s/ Victoria A. Sheets*
                          VICTORIA A. SHEETS
                          Assistant United States Attorney
                          NY Bar No. 5548623
                          601 D Street NW
                          District of Columbia, DC 20530
                          (202) 252-7566
                          victoria.sheets@usdoj.gov