UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN BARRY CHISHOLM, and<br>MICHAEL ANDERSON<br><br>Defendants. | Case No. 24-mj-147-MAU |

### ORDER

Pursuant to the motion filed by the United States, ECF 40, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge